UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: TOMPKINS, DALE ALLEN § Case No. 14-16739-ABG
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 02, 2014. The undersigned trustee was appointed on May 02, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $         50,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 64.28 |
| Bank service fees | 2,201.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 47,734.72 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/19/2014 and the deadline for filing governmental claims was 10/29/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,750.00, for a total compensation of $5,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2017              By: /s/ILENE F. GOLDSTEIN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-16739-ABG  
**Case Name:** TOMPKINS, DALE ALLEN  

**Period Ending:** 06/29/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/02/14 (f)  
**§341(a) Meeting Date:** 05/29/14  
**Claims Bar Date:** 11/19/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking Account No.: XXXXX3198<br>Imported from Amended Doc#: 16 | 1,281.55 | 0.00 | | 0.00 | FA |
| 2 | Citibank Money Market Plus Account ending in 893<br>Imported from Amended Doc#: 16 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit: Security Deposit Held By Landl<br>Imported from Amended Doc#: 16 | 200.00 | 200.00 | | 0.00 | FA |
| 4 | Furniture: 3 Seat Sleeper Couch, 10 years old, p<br>Imported from Amended Doc#: 16 | 280.00 | 100.00 | | 0.00 | FA |
| 5 | Household: Various dishware, 25+ yrs old, fair c<br>Imported from Amended Doc#: 16 | 175.00 | 0.00 | | 0.00 | FA |
| 6 | Laptop Computer, Dell XP OS, 5 yrs old, fair con<br>Imported from Amended Doc#: 16 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes: Jeans, t-shirts, Dockers, dress shirts,<br>Imported from Amended Doc#: 16 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2013 Federal Tax Return Refund<br>Imported from Amended Doc#: 16 | 440.00 | 24.00 | | 0.00 | FA |
| 9 | Unsecured promissory note, derived from quit cla (u)<br>Imported from Amended Doc#: 16 | 85,000.00 | 85,000.00 | | 50,000.00 | FA |
| 10 | Auto: 2005 Ford Escape 125,000 Miles Fair-Good C<br>Imported from Amended Doc#: 16 | 5,484.00 | 200.00 | | 0.00 | FA |
| 11 | Motorcycle: 2009 Harley Davidson Sportster Low 1<br>Imported from Amended Doc#: 16 | 6,000.00 | 311.43 | | 0.00 | FA |
| 11 Assets Totals (Excluding unknown values) | **$99,460.55** | **$85,835.43** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RESOLVED A NOTE RECEIVABLE AND RECENTLY OBTAINED COURT APPROVAL. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE. THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

STATUS jANUARY 7, 2017: TRUSTEE HAS DETERMINED TAX LIABILITY AND CONSEQUENCES AND IS CLOSING THE ESTATE. bECAUSE THE DEBTOR PASSED AWAY THE TRUSTEE IS DEALING WITH AN ISSUE OF A CLAIMANT BEING THE ESTATE OF THE DECEDENT AND IS ATTEMPTING TO GET APPROPRIATE DOCUMENTATION TO CONTINUE THE CLOSING

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-16739-ABG  
**Case Name:** TOMPKINS, DALE ALLEN  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/02/14 (f)  
**§341(a) Meeting Date:** 05/29/14  

**Period Ending:** 06/29/17  
**Claims Bar Date:** 11/19/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2015  **Current Projected Date Of Final Report (TFR):** June 30, 2017

Printed: 06/29/2017 02:25 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-16739-ABG  
**Case Name:** TOMPKINS, DALE ALLEN  
**Taxpayer ID #:** **-***1312  
**Period Ending:** 06/29/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | {9} | Mary Tompkins | Settlement of claim | 1229-000 | 50,000.00 | | 50,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.53 | 49,942.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.41 | 49,861.06 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.71 | 49,789.35 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.83 | 49,722.52 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.28 | 49,646.24 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-16739, Bond | 2300-000 | | 27.17 | 49,619.07 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.39 | 49,547.68 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.88 | 49,478.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.91 | 49,402.89 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.42 | 49,329.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.58 | 49,260.89 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.58 | 49,185.31 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.74 | 49,114.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.28 | 49,046.29 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.60 | 48,968.69 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.90 | 48,900.79 |
| 02/22/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #14-16739 | 2300-000 | | 22.43 | 48,878.36 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.80 | 48,810.56 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.02 | 48,733.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.57 | 48,665.97 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.48 | 48,598.49 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.68 | 48,521.81 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.28 | 48,454.53 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.45 | 48,378.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.39 | 48,308.69 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.98 | 48,241.71 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.81 | 48,167.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.09 | 48,098.81 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.78 | 48,025.03 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.47 | 47,960.56 |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE | 2300-000 | | 14.69 | 47,945.87 |

Subtotals :    $50,000.00    $2,054.13

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-16739-ABG  
**Case Name:** TOMPKINS, DALE ALLEN  

**Taxpayer ID #:** **-***1312  
**Period Ending:** 06/29/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #14-16739<br>Voided on 03/02/17 | | | | |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739<br>Voided: check issued on 03/02/17 | 2300-000 | | -14.69 | 47,960.56 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739<br>Voided on 03/02/17 | 2300-000 | | 14.68 | 47,945.88 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739<br>Voided: check issued on 03/02/17 | 2300-000 | | -14.68 | 47,960.56 |
| 03/02/17 | 105 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739, Bond | 2300-000 | | 14.68 | 47,945.88 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.26 | 47,874.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.26 | 47,810.36 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.64 | 47,734.72 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 2,265.28 | **$47,734.72** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 2,265.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$2,265.28** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7566** | 50,000.00 | 2,265.28 | 47,734.72 |
| | **$50,000.00** | **$2,265.28** | **$47,734.72** |

{} Asset reference(s)

Printed: 06/29/2017 02:25 PM    V.13.30

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 19, 2014

**Case Number:** 14-16739-ABG  
**Debtor Name:** TOMPKINS, DALE ALLEN  

Page: 1

**Date:** June 29, 2017  
**Time:** 02:25:26 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,750.00 | $0.00 | 5,750.00 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $388.50 | $0.00 | 388.50 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,600.00 | $0.00 | 5,600.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $177.88 | $0.00 | 177.88 |
| 1<br>610 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | History: Details1-106/18/2014Claim #1 filed by PNC BANK N.A., Amount claimed: $10921.05 (Green, Terese )<br>-----------------------------------------------------------------------------* * * | $10,921.05 | $0.00 | 10,921.05 |
| 2<br>610 | Edfinancial on behalf of US Dept. of Education<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922 | Unsecured | History: Details2-107/03/2014Claim #2 filed by Edfinancial on behalf of US Dept. of Education, Amount claimed: $10084.93 (Kennedy, Vickie )<br>-----------------------------------------------------------------------------* * * | $10,084.93 | $0.00 | 10,084.93 |
| 3<br>610 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | History: Details3-107/21/2014Claim #3 filed by CERASTES, LLC, Amount claimed: $5017.75 (Moscov, Evan )<br>-----------------------------------------------------------------------------* * * | $5,017.75 | $0.00 | 5,017.75 |
| 4<br>610 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | History: Details4-107/25/2014Claim #4 filed by CERASTES, LLC, Amount claimed: $211.79 (Moscov, Evan )<br>-----------------------------------------------------------------------------* * * | $211.79 | $0.00 | 211.79 |
| 5<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details5-108/25/2014Claim #5 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $10640.78 (Gaines, Susan )<br>-----------------------------------------------------------------------------* * * | $10,640.78 | $0.00 | 10,640.78 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 19, 2014

**Case Number:** 14-16739-ABG  
**Debtor Name:** TOMPKINS, DALE ALLEN  

Page: 2

**Date:** June 29, 2017  
**Time:** 02:25:26 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 / 610 | CENTEGRA HOSPITAL<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265 | Unsecured | | $467.89 | $0.00 | 467.89 |
| | | | History: Details6-110/23/2014Claim #6 filed by CENTEGRA HOSPITAL, Amount claimed: $467.89 (KUTZMAN, NICHOLE )<br>--------------------------------------------------------------------------------* * * | | | |
| 7 / 650 | Mary M. Tompkins & Kathleen D. Tompkins<br>Kevin M. Kane<br>813 Washington Street<br>Waukegan, IL 60085 | Unsecured | | $0.00 | $0.00 | 0.00 |
| | | | History: Details7-110/27/2014Claim #7 filed by Mary M. Tompkins & Kathleen D. Tompkins, Amount claimed: (Kane, Kevin )<br>--------------------------------------------------------------------------------* * * | | | |
| **<< Totals >>** | | | | 49,260.57 | 0.00 | 49,260.57 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-16739-ABG
Case Name: TOMPKINS, DALE ALLEN
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 47,734.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 47,734.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 5,750.00 | 0.00 | 5,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 5,600.00 | 0.00 | 5,600.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 177.88 | 0.00 | 177.88 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 388.50 | 0.00 | 388.50 |

Total to be paid for chapter 7 administration expenses: $ 11,916.38
Remaining balance: $ 35,818.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 35,818.34

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 35,818.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,344.19 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK N.A. | 10,921.05 | 0.00 | 10,474.83 |
| 2 | Edfinancial on behalf of US Dept. of Education | 10,084.93 | 0.00 | 9,672.87 |
| 3 | CERASTES, LLC | 5,017.75 | 0.00 | 4,812.73 |
| 4 | CERASTES, LLC | 211.79 | 0.00 | 203.14 |
| 5 | PYOD, LLC its successors and assigns as assignee | 10,640.78 | 0.00 | 10,206.00 |
| 6 | CENTEGRA HOSPITAL | 467.89 | 0.00 | 448.77 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 35,818.34 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**