UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **TOMPKINS, DALE ALLEN** | ) Bankruptcy Case No. 14-16739 ABG |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

TOMPKINS, DALE ALLEN
730 GOLFVIEW DR., UNIT 412
ROUND LAKE BEACH, IL 60073,

Jodi E. Gimbel,P.C.
5 Revere Drive
Suite 350
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1    PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101

| | |
|---|---|
| 2 | Edfinancial on behalf of US Dept. of Education
120 N. Seven Oaks Dr.
Knoxville, TN 37922 |
| 3 | CERASTES, LLC
C O WEINSTEIN,PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121 |
| 4 | CERASTES, LLC
C O WEINSTEIN,PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121 |
| 5 | PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602 |
| 6 | CENTEGRA HOSPITAL
C/O H AND R ACCOUNTS INC
PO BOX 672
MOLINE, IL 61265 |
| 7 | Mary M. Tompkins & Kathleen D. Tompkins
Kevin M. Kane
813 Washington Street
Waukegan, IL 60085 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402