# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: TOMPKINS, DALE ALLEN                               § Case No. 14-16739
                                                          §
                                                          §
Debtor(s)                                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $14,460.55                 Assets Exempt: $7,936.55
*(without deducting any secured claims)*

Total Distribution to Claimants: $27,364.50      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $14,181.66

---

    3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,453.84 (see **Exhibit 2**), yielded net receipts of $41,546.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,181.66 | 14,181.66 | 14,181.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 37,449.43 | 27,364.50 | 27,364.50 |
| **TOTAL DISBURSEMENTS** | $0.00 | $51,631.09 | $41,546.16 | $41,546.16 |

4) This case was originally filed under Chapter 7 on May 02, 2014. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/20/2018         By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unsecured promissory note, derived from quit cla | 1229-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mary M. Tompkins & Kathleen D. Tompkins | Dividend paid 100.00% on $8,453.84; Claim# 7; Filed: $8,453.84; Reference: | 8200-002 | 8,453.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,453.84** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 5,750.00 | 5,750.00 | 5,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 5,600.00 | 5,600.00 | 5,600.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 177.88 | 177.88 | 177.88 |
| Other - Jodi E. Gimbel,P.C. | 3410-000 | N/A | 388.50 | 388.50 | 388.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.53 | 57.53 | 57.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.41 | 81.41 | 81.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.71 | 71.71 | 71.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.83 | 66.83 | 66.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.28 | 76.28 | 76.28 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 27.17 | 27.17 | 27.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.39 | 71.39 | 71.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.88 | 68.88 | 68.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.91 | 75.91 | 75.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.42 | 73.42 | 73.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.58 | 68.58 | 68.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.58 | 75.58 | 75.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.74 | 70.74 | 70.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.28 | 68.28 | 68.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.60 | 77.60 | 77.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.90 | 67.90 | 67.90 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 22.43 | 22.43 | 22.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.80 | 67.80 | 67.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.02 | 77.02 | 77.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.57 | 67.57 | 67.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.48 | 67.48 | 67.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.68 | 76.68 | 76.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.28 | 67.28 | 67.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.45 | 76.45 | 76.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.39 | 69.39 | 69.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.98 | 66.98 | 66.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.81 | 73.81 | 73.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.09 | 69.09 | 69.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.78 | 73.78 | 73.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.47 | 64.47 | 64.47 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 14.68 | 14.68 | 14.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.26 | 71.26 | 71.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.26 | 64.26 | 64.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.64 | 75.64 | 75.64 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,181.66 | $14,181.66 | $14,181.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK N.A. | 7100-000 | N/A | 10,921.05 | 10,921.05 | 10,921.05 |
| 1I | PNC BANK N.A. | 7990-000 | N/A | 42.16 | 42.16 | 42.16 |
| 2 | Edfinancial on behalf of US Dept. of Education | 7100-000 | N/A | 10,084.93 | 0.00 | 0.00 |
| 3 | CERASTES, LLC | 7100-000 | N/A | 5,017.75 | 5,017.75 | 5,017.75 |
| 3I | CERASTES, LLC | 7990-000 | N/A | 19.37 | 19.37 | 19.37 |
| 4 | CERASTES, LLC | 7100-000 | N/A | 211.79 | 211.79 | 211.79 |
| 4I | CERASTES, LLC | 7990-000 | N/A | 0.82 | 0.82 | 0.82 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 10,640.78 | 10,640.78 | 10,640.78 |
| 5I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 41.08 | 41.08 | 41.08 |
| 6 | CENTEGRA HOSPITAL | 7100-000 | N/A | 467.89 | 467.89 | 467.89 |
| 6I | CENTEGRA HOSPITAL | 7990-000 | N/A | 1.81 | 1.81 | 1.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $37,449.43 | $27,364.50 | $27,364.50 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-16739  
**Case Name:** TOMPKINS, DALE ALLEN  

**Period Ending:** 01/20/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/02/14 (f)  
**§341(a) Meeting Date:** 05/29/14  
**Claims Bar Date:** 11/19/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Checking Account No.: XXXXX3198 <br> Imported from Amended Doc#: 16 | 1,281.55 | 0.00 | | 0.00 | FA |
| 2 Citibank Money Market Plus Account ending in 893 <br> Imported from Amended Doc#: 16 | 0.00 | 0.00 | | 0.00 | FA |
| 3 Security Deposit: Security Deposit Held By Landl <br> Imported from Amended Doc#: 16 | 200.00 | 200.00 | | 0.00 | FA |
| 4 Furniture: 3 Seat Sleeper Couch, 10 years old, p <br> Imported from Amended Doc#: 16 | 280.00 | 100.00 | | 0.00 | FA |
| 5 Household: Various dishware, 25+ yrs old, fair c <br> Imported from Amended Doc#: 16 | 175.00 | 0.00 | | 0.00 | FA |
| 6 Laptop Computer, Dell XP OS, 5 yrs old, fair con <br> Imported from Amended Doc#: 16 | 200.00 | 0.00 | | 0.00 | FA |
| 7 Clothes: Jeans, t-shirts, Dockers, dress shirts, <br> Imported from Amended Doc#: 16 | 400.00 | 0.00 | | 0.00 | FA |
| 8 2013 Federal Tax Return Refund <br> Imported from Amended Doc#: 16 | 440.00 | 24.00 | | 0.00 | FA |
| 9 Unsecured promissory note, derived from quit cla (u) <br> Imported from Amended Doc#: 16 | 85,000.00 | 85,000.00 | | 50,000.00 | FA |
| 10 Auto: 2005 Ford Escape 125,000 Miles Fair-Good C <br> Imported from Amended Doc#: 16 | 5,484.00 | 200.00 | | 0.00 | FA |
| 11 Motorcycle: 2009 Harley Davidson Sportster Low 1 <br> Imported from Amended Doc#: 16 | 6,000.00 | 311.43 | | 0.00 | FA |
| **11   Assets   Totals** (Excluding unknown values) | **$99,460.55** | **$85,835.43** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RESOLVED A NOTE RECEIVABLE AND RECENTLY OBTAINED COURT APPROVAL. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE. THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

STATUS jANUARY 7, 2017: TRUSTEE HAS DETERMINED TAX LIABILITY AND CONSEQUENCES AND IS CLOSING THE ESTATE. bECAUSE THE DEBTOR PASSED AWAY THE TRUSTEE IS DEALING WITH AN ISSUE OF A CLAIMANT BEING THE ESTATE OF THE DECEDENT AND IS ATTEMPTING TO GET APPROPRIATE DOCUMENTATION TO CONTINUE THE CLOSING

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-16739  
**Case Name:** TOMPKINS, DALE ALLEN  

**Period Ending:** 01/20/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/02/14 (f)  
**§341(a) Meeting Date:** 05/29/14  
**Claims Bar Date:** 11/19/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2015  **Current Projected Date Of Final Report (TFR):** June 30, 2017

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-16739  
**Case Name:** TOMPKINS, DALE ALLEN  
**Taxpayer ID #:** **-***1312  
**Period Ending:** 01/20/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/14 | {9} | Mary Tompkins | Settlement of claim | 1229-000 | 50,000.00 | | 50,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.53 | 49,942.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.41 | 49,861.06 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.71 | 49,789.35 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.83 | 49,722.52 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.28 | 49,646.24 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-16739, Bond | 2300-000 | | 27.17 | 49,619.07 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.39 | 49,547.68 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.88 | 49,478.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.91 | 49,402.89 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.42 | 49,329.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.58 | 49,260.89 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.58 | 49,185.31 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.74 | 49,114.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.28 | 49,046.29 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.60 | 48,968.69 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.90 | 48,900.79 |
| 02/22/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #14-16739 | 2300-000 | | 22.43 | 48,878.36 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.80 | 48,810.56 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.02 | 48,733.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.57 | 48,665.97 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.48 | 48,598.49 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.68 | 48,521.81 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.28 | 48,454.53 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.45 | 48,378.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.39 | 48,308.69 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.98 | 48,241.71 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.81 | 48,167.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.09 | 48,098.81 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.78 | 48,025.03 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.47 | 47,960.56 |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE | 2300-000 | | 14.69 | 47,945.87 |

Subtotals :   $50,000.00   $2,054.13

{} Asset reference(s)

Printed: 01/20/2018 06:06 PM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-16739  
**Case Name:** TOMPKINS, DALE ALLEN  

**Taxpayer ID #:** **-***1312  
**Period Ending:** 01/20/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #14-16739 Voided on 03/02/17 | | | | |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739 Voided: check issued on 03/02/17 | 2300-000 | | -14.69 | 47,960.56 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739 Voided on 03/02/17 | 2300-000 | | 14.68 | 47,945.88 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739 Voided: check issued on 03/02/17 | 2300-000 | | -14.68 | 47,960.56 |
| 03/02/17 | 105 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-16739, Bond | 2300-000 | | 14.68 | 47,945.88 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.26 | 47,874.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.26 | 47,810.36 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.64 | 47,734.72 |
| 08/26/17 | 106 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $5,750.00, Trustee Compensation;  Reference: | 2100-000 | | 5,750.00 | 41,984.72 |
| 08/26/17 | 107 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $388.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 388.50 | 41,596.22 |
| 08/26/17 | 108 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,600.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,600.00 | 35,996.22 |
| 08/26/17 | 109 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $177.88, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 177.88 | 35,818.34 |
| 08/26/17 | 110 | PNC BANK N.A. | Dividend paid  95.91% on $10,921.05; Claim# 1; Filed: $10,921.05; Reference: | 7100-000 | | 10,474.83 | 25,343.51 |
| 08/26/17 | 111 | Edfinancial on behalf of US Dept. of Education | Dividend paid  95.91% on $10,084.93; Claim# 2; Filed: $10,084.93; Reference: | 7100-000 | | 9,672.87 | 15,670.64 |
| 08/26/17 | 112 | CERASTES, LLC | Dividend paid  95.91% on $5,017.75; Claim# 3; Filed: $5,017.75; Reference: | 7100-000 | | 4,812.73 | 10,857.91 |
| 08/26/17 | 113 | CERASTES, LLC | Dividend paid  95.91% on $211.79; Claim# 4; Filed: $211.79; Reference: | 7100-000 | | 203.14 | 10,654.77 |
| 08/26/17 | 114 | PYOD, LLC its successors and | Dividend paid  95.91% on $10,640.78; Claim# | 7100-000 | | 10,206.00 | 448.77 |

Subtotals :  $0.00  $47,497.10

{} Asset reference(s)

Printed: 01/20/2018 06:06 PM  V.13.32

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-16739  
**Case Name:** TOMPKINS, DALE ALLEN  

**Taxpayer ID #:** **-***1312  
**Period Ending:** 01/20/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee | 5; Filed: $10,640.78; Reference: | | | | |
| 08/26/17 | 115 | CENTEGRA HOSPITAL | Dividend paid 95.91% on $467.89; Claim# 6; Filed: $467.89; Reference: | 7100-000 | | 448.77 | 0.00 |
| 11/02/17 | | Edfinancial on behalf of US Dept. of Education | Overpayment to claimant | 7100-000 | | -9,672.87 | 9,672.87 |
| 11/30/17 | 116 | PNC BANK N.A. | Dividend paid 100.00% on $10,921.05; Claim# 1; Filed: $10,921.05; Reference: | 7100-000 | | 446.22 | 9,226.65 |
| 11/30/17 | 117 | CERASTES, LLC | Dividend paid 100.00% on $5,017.75; Claim# 3; Filed: $5,017.75; Reference: | 7100-000 | | 205.02 | 9,021.63 |
| 11/30/17 | 118 | CERASTES, LLC | Dividend paid 100.00% on $211.79; Claim# 4; Filed: $211.79; Reference: | 7100-000 | | 8.65 | 9,012.98 |
| 11/30/17 | 119 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $10,640.78; Claim# 5; Filed: $10,640.78; Reference: | 7100-000 | | 434.78 | 8,578.20 |
| 11/30/17 | 120 | CENTEGRA HOSPITAL | Dividend paid 100.00% on $467.89; Claim# 6; Filed: $467.89; Reference: | 7100-000 | | 19.12 | 8,559.08 |
| 11/30/17 | 121 | PNC BANK N.A. | Dividend paid 100.00% on $42.16; Claim# 1I; Filed: $42.16; Reference: | 7990-000 | | 42.16 | 8,516.92 |
| 11/30/17 | 122 | CERASTES, LLC | Dividend paid 100.00% on $19.37; Claim# 3I; Filed: $19.37; Reference: | 7990-000 | | 19.37 | 8,497.55 |
| 11/30/17 | 123 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $41.08; Claim# 5I; Filed: $41.08; Reference: | 7990-000 | | 41.08 | 8,456.47 |
| 11/30/17 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 2.63 | 8,453.84 |
| | | | Dividend paid 100.00%   0.82 on $0.82;  Claim# 4I; Filed: $0.82 | 7990-000 | | | 8,453.84 |
| | | | Dividend paid 100.00%   1.81 on $1.81;  Claim# 6I; Filed: $1.81 | 7990-000 | | | 8,453.84 |
| 11/30/17 | 125 | Mary M. Tompkins & Kathleen D. Tompkins | Dividend paid 100.00% on $8,453.84; Claim# 7; Filed: $8,453.84; Reference: | 8200-002 | | 8,453.84 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 50,000.00 | 50,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 50,000.00 | 50,000.00 | |
| Less: Payments to Debtors | | 8,453.84 | |
| **NET Receipts / Disbursements** | **$50,000.00** | **$41,546.16** | |

{} Asset reference(s)

Printed: 01/20/2018 06:06 PM   V.13.32

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-16739 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | TOMPKINS, DALE ALLEN | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7566 - Checking Account |
| **Taxpayer ID #:** | **-***1312 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/20/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **Checking # ******7566** | 50,000.00 | 41,546.16 | 0.00 |
| | | $50,000.00 | $41,546.16 | $0.00 |

{} Asset reference(s)

Printed: 01/20/2018 06:06 PM    V.13.32